IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:11cr3098 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | APPOINTING COUNSEL |
| SERGIO GONZALEZ-ALVAREZ, | ) | |
| | ) | Augustin Navarrete-Vega |
| | ) | (Material Witness) |
| Defendant, | ) | |

After oral review of his financial status, I find material witness Augustin Navarrete-Vega is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Tregg Lunn is appointed as attorney of record for material witness Augustin Navarrete-Vega and shall forthwith file an appearance in this matter.

2) The Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3) The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and the attorney for material witness Augustin Navarrete-Vega .

DATED: October 3, 2011

BY THE COURT

*s/Cheryl R. Zwart*
United States Magistrate Judge