IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:11cr3098 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | APPOINTING COUNSEL |
| SERGIO GONZALEZ-ALVAREZ, ) | |
| ) | Salvador Hernandez-Angeles |
| ) | (Material Witness) |
| Defendant, ) | |

After oral review of his financial status, I find material witness Salvador Hernandez-Angeles is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Harry Moore is appointed as attorney of record for material witness Salvador Hernandez-Angeles and shall forthwith file an appearance in this matter.

2) The Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3) The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and the attorney for material witness Salvador Hernandez-Angeles.

DATED: October 3, 2011

BY THE COURT

*s/Cheryl R. Zwart*
United States Magistrate Judge