IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:11cr3098 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DETENTION ORDER |
| | ) | |
| SERGIO GONZALEZ-ALVAREZ, | ) | Salvador Hernandez-Angeles |
| | ) | (Material Witness) |
| Defendant. | ) | |
| | ) | |

Material witness Salvador Hernandez-Angeles waived the right to a detention hearing and agreed to detention. The court finds that releasing Salvador Hernandez-Angeles will create a risk that he will be unavailable or will not appear to provide evidence for the above-captioned case. Accordingly, pursuant to 18 U.S.C. § 3144 and § 3142,

IT IS ORDERED:

1) Salvador Hernandez-Angeles may possess testimony which is material to this case and it may become impracticable to secure the presence of the witness by subpoena.

2) Salvador Hernandez-Angeles shall be detained pending further order of the court.

3) Salvador Hernandez-Angeles is committed to the custody of the Attorney General for confinement in a corrections facility; the witness shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the witness to a United States Marshal for appearance in connection with securing evidence for or participating in a court proceeding.

October 3, 2011                    BY THE COURT:

                                   *s/Cheryl R. Zwart*
                                   United States Magistrate Judge