IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SERGIO GONZALEZ-ALVAREZ,<br><br>　　　　Defendant. | 4:11cr3098<br><br>DETENTION ORDER<br><br>Alfredo Fortino Geronimo-Fabian<br>(Material Witness) |

Material witness Alfredo Fortino Geronimo-Fabian waived the right to a detention hearing and agreed to detention. The court finds that releasing Alfredo Fortino Geronimo-Fabian will create a risk that he will be unavailable or will not appear to provide evidence for the above-captioned case.  Accordingly, pursuant to 18 U.S.C. § 3144 and § 3142,

　　IT IS ORDERED:

1)   Alfredo Fortino Geronimo-Fabian may possess testimony which is material to this case and it may become impracticable to secure the presence of the witness by subpoena.

2)   Alfredo Fortino Geronimo-Fabian shall be detained pending further order of the court.

3)   Alfredo Fortino Geronimo-Fabian is committed to the custody of the Attorney General for confinement in a corrections facility; the witness shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the witness to a United States Marshal for appearance in connection with securing evidence for or participating in a court proceeding.

October 3, 2011　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge