IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:11cr3098 |
| vs. | ) ) ) | DETENTION ORDER |
| SERGIO GONZALEZ-ALVAREZ, | ) ) | Amado Olmos-Sanchez (Material Witness) |
| Defendant. | ) ) | |

A detention hearing was held this day regarding Material witness Amado Olmos-Sanchez. The court finds that releasing Amado Olmos-Sanchez will create a risk that he will be unavailable or will not appear to provide evidence for the above-captioned case. Accordingly, pursuant to 18 U.S.C. § 3144 and § 3142,

IT IS ORDERED:

1) Amado Olmos-Sanchez may possess testimony which is material to this case and it may become impracticable to secure the presence of the witness by subpoena.

2) Amado Olmos-Sanchez shall be detained pending further order of the court.

3) Amado Olmos-Sanchez is committed to the custody of the Attorney General for confinement in a corrections facility; the witness shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the witness to a United States Marshal for appearance in connection with securing evidence for or participating in a court proceeding.

October 6, 2011            BY THE COURT:

                           *s/Cheryl R. Zwart*
                           United States Magistrate Judge