**UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2011 NOV -4  PM 1:40

UNITED STATES OF AMERICA,

                  Plaintiff,

                  v.

CELESTINO DELUNA-
RUVALCABA,

                  Material Witness

ORDER SETTING CONDITIONS
OF RELEASE

Case Number: 4:11CR3098

The witness' motions for release, (filing no. 48 and 76), are granted, and
**IT IS ORDERED** that the witness is released subject to the following conditions:

(1) The witness shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The witness must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The witness shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(4) The witness shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release subject to the above conditions will not by itself reasonably assure the appearance of the witness and the safety of other persons and the community,

**IT IS FURTHER ORDERED** that the release of the witness is also subject to the following conditions:

**Court Supervision and Restrictions.** The witness shall:

- Truthfully report to the United States Pretrial Services Office as directed [telephone no. (402) 661-7560] and comply with their directions. (a)
- Abide by the following restrictions on personal associations, place of abode, or travel: (g)
  **Not leave Lancaster County, Nebraska**
- Avoid all contact, directly or indirectly, with any persons, who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: (h)
- Reside at 939 Gaslight Lane, Lincoln, Nebraska at all times. (k)

- Not possess a firearm, destructive device, or other dangerous weapon. (l)

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop. (s)

# ADVICE OF PENALTIES AND SANCTIONS

TO THE WITNESS :

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF WITNESS

I acknowledge that I am a witness in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Witness

_____
Address

_____
City and State        Telephone

## DIRECTIONS TO UNITED STATES MARSHAL

☒ The Witness is ORDERED released after processing.

11/4/11                                                s/Cheryl R. Zwart
_____                                    _____
Date                                                   United States Magistrate Judge

Page 3 of 6

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## DISTRITO DE NEBRASKA

ESTADOS UNIDOS DE AMÉRICA,

        Actor,

    v.

CELESTINO DELUNA-RUVALCABA,

        Acusado.

**AUTO QUE DISPONE LAS CONDICIONES DE LIBERTAD PROVISIONAL**

Causa Número: 4:11CR3098

Se concede la solicitud de libertad provisional que interpuso el acusado (a folio No. ___), y

**SE RESUELVE** excarcelar al acusado quien deberá cumplir con las siguientes condiciones:

(1) El acusado no cometerá ninguna infracción en contra de las leyes federales, estatales o locales mientras esté en libertad condicional en este proceso.

(2) El acusado deberá cooperar y permitir que se le tome una muestra de su ADN, si así lo dispone el art. 14135a del *U.S.C.* (Nota del traductor: *U.S.C.*: Código de los Estados Unidos, por sus siglas en inglés.)

(3) El acusado deberá notificarles de inmediato, y por escrito, al juez, al abogado defensor y al fiscal antes de cambiar de domicilio o número de teléfono.

(4) El acusado comparecerá a todas las audiencias y deberá entregarse ante las autoridades respectivas para cumplir con la pena que se le imponga según se le indique.

## CONDICIONES ADICIONALES DE LA LIBERTAD PROVISIONAL

De llegar a la conclusión de que ninguna de las condiciones de libertad provisional arriba mencionadas basta por sí sola para garantizar la comparecencia del acusado o la seguridad de otras personas y de la comunidad en general,

**SE ORDENA ADEMÁS** que mientras esté en libertad provisional, el acusado cumpla con las condiciones que se indican a continuación:

### Supervisión por parte del juzgado y restricciones. El acusado deberá:

- Reportarse puntualmente ante la Oficina de Servicios Previos al Juicio cuando le sea requerido [teléfono No. (402) 661-7560] y obedecer sus instrucciones. (a)
- Obedecer las siguientes restricciones con respecto a las personas con las que se asocie, al lugar donde viva o a viajes. (g)
  ### No salir del condado de Lancaster en Nebraska
- Evitar todo tipo de contacto directo o indirecto con cualquier persona que sea o pueda llegar a ser víctima o testigo potencial en la investigación o el encausamiento de marras, incluyendo pero sin limitarse a lo siguiente: (h)
  Vivir en _____ en todo momento y obedecer los reglamentos de dicha institución. En caso de que por cualquier motivo dejen salir al acusado de esta institución, o de que él la abandone sin permiso, se le ordena a la Oficina de Alguaciles Federales de los Estados Unidos o a cualquier otro agente de las autoridades que aprehenda al acusado y lo mantenga bajo su custodia mientras se celebra, sin dilación, una audiencia ante el juez para reconsiderar las condiciones de la libertad provisional. (k)

- Abstenerse de poseer armas de fuego, aparatos destructivos o cualquier otra arma peligrosa. (l)
- Informarle lo antes posible al agente supervisor acerca de cualquier contacto que tenga con agentes de las fuerzas del orden público incluyendo, entre otras cosas, aprehensiones, interrogatorios o detenciones de tránsito. (s)

# ADVERTENCIA DE LAS PENAS Y SANCIONES

## AL ACUSADO:

### SE LE ADVIERTE QUE SE EXPONE A LAS SIGUIENTES PENAS Y SANCIONES:

De incumplir con cualquiera de las condiciones de libertad provisional arriba mencionadas se emitirá de inmediato una orden de captura, la revocación de la libertad provisional, un auto judicial de detención y se le encausará por desacato al juez. Ello podrá tener como resultado el que se le imponga una pena de prisión, una multa o ambas cosas.

De cometer un delito mientras se encuentre bajo el régimen de libertad provisional, recibirá una pena adicional de prisión por un máximo de diez años si se trata de un delito grave; o de máximo un año si es un delito menos grave. Esta pena se sumará a cualquier otra pena que se le imponga.

De conformidad con la ley federal, el intimidar o tratar de intimidar a un testigo, una víctima, un miembro de un jurado, un informante o un funcionario judicial constituye un delito punible con hasta cinco años de prisión o una multa de $250.000 o con ambos, la prisión y la multa. También es un delito punible con hasta diez años de prisión o una multa de $250.000 o con ambos, la prisión y la multa, el manipular a un testigo, una víctima o un informante o el tomar represalias, o la tentativa de represalias, en contra de un testigo, víctima o informante.

Si, mientras esté en libertad provisional, a sabiendas usted no comparece según lo exigen estas condiciones o no se entrega para cumplir con la pena que se le imponga, se inciará un nuevo proceso en su contra por no haber comparecido o no haberse entregado. Dicho proceso estará sujeto a una de las penas adicionales que se indican a continuación, según el tipo de condena que usted haya recibido:

(1) si el delito es castigable con pena capital, cadena perpetua o pena de prisión de quince años o más, se le cobrará una multa máxima de $250.000 o se le enviará a prisión por un máximo de diez años o ambas cosas;

(2) si el delito es castigable con una pena de prisión de cinco años o más, pero menos de quince, se le cobrará una multa máxima de $250.000 o se le enviará a prisión por un máximo de cinco años o ambas cosas;

(3) por cualquier otro delito grave, se le cobrará una multa máxima de $250.000 o se le enviará a prisión por un máximo de dos años o ambas cosas;

(4) si se trata de un delito menos grave, se le cobrará una multa máxima de $100.000 o se le enviará a prisión por un máximo de un año o ambas cosas.

El período de prisión que se impone por no comparecer o no entregarse a las autoridades se sumará a la pena por cualquier otro delito. Además el no comparecer o no entregarse a las autoridades puede traer como consecuencia el decomiso de la fianza.

## CERTIFICACIÓN DEL ACUSADO

Certifico que soy el acusado en esta causa y que estoy consciente de las condiciones de libertad provisional. Prometo obedecer todas las condiciones de libertad provisional, comparecer cuando se me indique, y entregarme para cumplir con la pena que se me imponga. Estoy consciente de las penas y sanciones previamente indicadas.

_Celestino De Luna Ruvalcaba_
Firma del acusado

_939 Gaslight Lane_
Dirección

_Lincoln, NE_
Ciudad y estado          Teléfono

## INSTRUCCIONES PARA LA OFICINA DE LOS ALGUACILES FEDERALES

☒ Se ORDENA poner en libertad al acusado después de ficharlo.

☐ Se ORDENA a los alguaciles federales retener al acusado en custodia hasta que el secretario del juzgado o el agente judicial les notifique que el acusado ha depositado la fianza o ha cumplido con todas las condiciones de libertad provisional. Deberán traer al acusado ante la autoridad judicial respectiva en el lugar, día y hora señalados, si todavía está bajo custodia.

11/4/11                                   s/Cheryl R. Zwart
Fecha                                     Juez de Garantías de los Estados Unidos

Página 6 de 6